# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SONIA A. LONON,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | NO. 09-2211 |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of the Social Security** | : | |
| **Administration** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 18th day of February, 2010, after careful review and independent consideration of Plaintiff's Request for Review (Document No. 11, filed August 27, 2009), Defendant's Response to Request for Review of Plaintiff (Document No. 14, filed October 22, 2009), Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (Document No. 15, filed November 6, 2009), and the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa dated January 29, 2010 (Document No. 17), no objections having been filed, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Linda K. Caracappa dated January 29, 2010, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED IN PART** and **DENIED IN PART**;

3. The case is **REMANDED** to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa dated January 29, 2010; and,

4. In all other respects, Plaintiff's Request for Review is **DENIED**.

**BY THE COURT:**

 /s/ Jan E. DuBois
      JAN E. DUBOIS, J.